No. 83–1369. BRYSON v. MACFIELD TEXTURING, INC. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari. 

No. 83–1372. C & H TRANSPORTATION CO., INC. v. JENSEN & REYNOLDS CONSTRUCTION CO. ET AL. C. A. 5th Cir. Motion of respondent Par Industries, Inc., for damages denied. Certiorari denied. 

No. 83–6141. CHEADLE v. NEW MEXICO. Sup. Ct. N. M.;
No. 83–6215. GODFREY v. FRANCIS, WARDEN. Sup. Ct. Ga.;
No. 83–6231. MEANES v. TEXAS. Ct. Crim. App. Tex.;
No. 83–6281. DAUGHERTY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.;
No. 83–6285. GILMORE v. MISSOURI. Sup. Ct. Mo.; and
No. 83–6318. FLOWERS v. LOUISIANA. Sup. Ct. La. Certiorari denied. Reported below: No. 83–6141, 101 N. M. 282, 681 P. 2d 708; No. 83–6215, 251 Ga. 652, 308 S. E. 2d 806; No. 83–6231, 668 S. W. 2d 366; No. 83–6281, 443 So. 2d 979; No. 83–6285, 661 S. W. 2d 519; No. 83–6318, 441 So. 2d 707.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–827. MINNESOTA v. MURPHY, 465 U. S. 420;
No. 82–1041. DICKMAN ET AL. v. COMMISSIONER OF INTERNAL REVENUE, 465 U. S. 330;
No. 82–1845. COLORADO v. NUNEZ, 465 U. S. 324;
No. 82–1888. VOLKSWAGENWERK A. G. v. FALZON ET AL., INDIVIDUALLY AND AS NEXT FRIENDS OF FALZON ET AL., 465 U. S. 1014;
No. 83–926. KLEIBOEMER ET AL. v. DISTRICT OF COLUMBIA, 465 U. S. 1024;
No. 83–1106. C'EST LA PLACE v. GRONER APARTMENTS, 465 U. S. 1015; and
No. 83–5352. MURPHY v. KENTUCKY, 465 U. S. 1072. Petitions for rehearing denied.